# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ryeshea Gomez, *on her own behalf and on behalf of all others similarly situated*,<br><br>       Plaintiff,<br><br>-against-<br><br>Direct Energy, L.P.,<br><br>       Defendant. | Civil Action No.: 1:18-cv-00301-CCC |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ryeshea Gomez and Defendant Direct Energy, L.P., through counsel, hereby stipulate and agree to dismiss this action with prejudice and without costs to either party.

Dated: December 18, 2018					PLAINTIFF

							__/s/ Sergei Lemberg____
							Sergei Lemberg
							Lemberg Law, LLC
							43 Danbury Road
							Wilton, CT  06897

							*Counsel for Plaintiff Ryeshea Gomez*


Dated: December 18, 2018					DIRECT ENERGY, L.P.


							/s/Thomas R. DeCesar_____
							K&L GATES LLP
							Thomas R. DeCesar (PA Bar # 309651)
							17 North Second Street, 18th Floor
							Harrisburg, PA 17101-1507
							Phone:  717-231-4500
							Fax:  717-231-4501
							tom.decesar@klgates.com

							K&L GATES LLP
							Molly K. McGinley (IL Bar # 6285809)
							*Admitted Pro Hac Vice*
							70 West Madison Street, Suite 3100
							Chicago, IL 60602-4207
							Phone: (312)807-4419
							Fax: (312)827-8000
							molly.mcginley@klgates.com

							*Counsel for Defendant Direct Energy, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 18, 2018, I caused a copy of the foregoing document to be served on the following by ECF:

Thomas R. DeCesar
17 North Second Street, 18th Floor
Harrisburg, PA 17101-1507

Molly K. McGinley
Admitted Pro Hac Vice
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207


    /s/ Sergei Lemberg_____
Sergei Lemberg